■ AVONMARK INSURANCE COMPANY, Doing Business as WEST AMERICAN INSURANCE COMPANY, Respondent, v ALLSTATE INSURANCE COMPANY, Appellant, et al., Defendants. (Appeal No. 2.) [741 NYS2d 783] —Appeal from an order of Supreme Court, Erie County (Makowski, J.), entered July 19, 2001, which denied the motion of defendant Allstate Insurance Company seeking summary judgment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Chendo O.,* 175 AD2d 635). Present—Pine, J.P., Hayes, Wisner, Scudder and Kehoe, JJ. [*See* 188 Misc 2d 867.]